# PD-1493-15

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

DEC 02 2015

Abel Acosta, Clerk

**FILED IN**
COURT OF CRIMINAL APPEALS

DEC 02 2015

Abel Acosta, Clerk

IN THE
COURT OF CRIMINAL APPEALS
OF TEXAS

DAVID K. THACKER,
                    PETITIONER          §
                                        §
                                        §
V.                                      §
                                        §
                                        §
THE STATE OF TEXAS,                     §
                    APPELLEE            §
                                        §

### MOTION TO SUSPEND RULE 9.3(b) of T.R.A.P.

COMES NOW DAVID K. THACKER, Petitioner pro se and requests this Honorable Court to suspend Rule 9.3(b) of T.R.A.P., and would show the following to support his request:

Petitioner is a pro se applicant who is indigent, and is incarcerated at the TDCJ Estelle Unit. TDCJ policy does not allow inmates access to a copy machine to provide the Court with the required copies under Rule 9.3(b), and Petitioner has limited access to use of a borrowed typewriter.

### PRAYER

For the above and foregoing reasons stated, Petitioner respectfully asks this Court to grant his motion to suspend Rule 9.3(b) of T.R.A.P.

Respectfully submitted,

David K. Thacker, pro se
TDCJ# 1990675
Estelle Unit
264 FM 3478
Huntsville, TX  77320